■ FRANK JOKELSON, an Infant, by His Guardian ad Litem SAMUEL JOKELSON, et al., Respondents, v. ALLIED STORES CORP., Doing Business as STERN BROS., Appellant.— Judgment, Supreme Court, New York County, entered on July 19, 1972, unanimously reversed, on the law and on the facts, and a new trial granted solely on the issue of damages, with $60 costs and disbursements of this appeal to abide the event, unless the plaintiffs-respondents within 20 days of service upon them by defendant-appellant of a copy of the order entered herein, with notice of entry, serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in favor of the infant-plaintiff to $225,000 and the verdict in favor of the father of the infant to $25,000 and to the entry of an amended judgment accordingly, in which event the judgment as so amended and reduced is

affirmed, without costs and without disbursements. In our opinion, the verdicts were excessive to the extent indicated. Concur — Stevens, P. J., Markewich, Nunez, Tilzer and Capozzoli, JJ.